UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEANNA CULVER,

        Plaintiff,

  v.                              Case No. 07-C-647

JO ANNE BARNHART,

        Defendant.

**ORDER**

Plaintiff Culver has filed a second action seeking review of the decision of the Commissioner of Social Security, apparently due to some difficulty in getting the right forms. In any event, this action is duplicative of Case No. 07-C-643, filed on July 11, and so this action will be dismissed. Case No. 07-C-643 will proceed once the defendant has appeared and a briefing schedule is established.

**IT IS ORDERED** that this action is **DISMISSED** as duplicative of an earlier-filed action.

Dated this   20th   day of July, 2007.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge