# United States District Court

EASTERN DISTRICT OF WISCONSIN

DEANNA CULVER,

       Plaintiff,

v.

JO ANNE BARNHART,
Commissioner of Social Security,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 07-C-647

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

     **IT IS HEREBY ORDERED AND ADJUDGED** that this case is DISMISSED as duplicative of an earlier-filed action.

Approved:    s/ William C. Griesbach
                      WILLIAM C. GRIESBACH
                      United States District Judge

Dated: July 23, 2007.

                      JON W. SANFILIPPO
                      Clerk of Court

                      s/ Mary E. Conard
                      (By) Deputy Clerk